UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Jeffrey Grant James,<br><br>                    Petitioner,<br><br>v.<br><br>City of Asheville, North Carolina; and County of Buncombe North Carolina,<br><br>                    Respondents. | C/A No. 6:05-01347-GRA-BHH<br><br><br>ORDER<br><br>[Written Opinion] |

This matter has been brought to the attention of this Court by Petitioner's letter filed July 19, 2005. This Court transferred this action to the Western District of North Carolina by Order dated June 22, 2005.

IT IS THEREFORE ORDERED the this Court has no jurisdiction in the above action.

IT IS FURTHER ORDERED that the Clerk shall forward Petitioner's letter to the Clerk's office for the Western District of North Carolina.

IT IS SO ORDERED.

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

Anderson, South Carolina

August 12, 2005.

1